Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
5470 Keitzke Lane, Suite 300
Reno, Nevada 89511
Telephone:  775.348.4888
Facsimile:   775.786.0127
kmtaylor@littler.com
lmolleck@littler.com

Attorneys for Defendant
NV ENERGY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. HOUSTON III, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NV ENERGY, INC., a public utility,<br><br>Defendants. | Case No. 2:26-cv-00839-ART-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NV ENERGY, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff ROBERT L. HOUSTON III ("Plaintiff") and Defendant NV ENERGY, INC. ("Defendant"), by and through counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the First Amended Complaint from the current deadline. Currently, the deadline to file a response to the First Amended Complaint is June 23, 2026. The Parties agree and stipulate to extend the time for Defendant to file a response to the First Amended Complaint, up to and including July 7, 2026.

The Parties agree that the requested extension is reasonable and necessary due calendar conflicts of defense counsel.

///

///

///

///

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

This is the first request for an extension of time to respond to the First Amended Complaint. This request is made in good faith and not for the purpose of undue delay.

Dated: June 15, 2026

Respectfully submitted,

/s/ Robert Lee Houston III
Robert L Houston III

Plaintiff, Pro Se

Dated: June 15, 2026

Respectfully submitted,

/s/ Karyn M. Taylor
Karyn M. Taylor, Esq.
Luke Molleck, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NV ENERGY, INC.

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: _____ June 22, 2026 _____

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888