Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511
Telephone: 775.348.4888
Facsimile: 775.786.0127
kmtaylor@littler.com
lmolleck@littler.com

Attorneys for Defendant
NV ENERGY, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. HOUSTON III, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NV ENERGY, INC., a public utility,<br><br>Defendants, | Case No. 2:26-cv-00839-ART-MDC<br><br>**STIPULATION AND REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff ROBERT L. HOUSTON III ("Plaintiff"), Defendant NV ENERGY, INC. ("Defendant" or "NV Energy"), by and through their respective counsel of record, hereby stipulate and jointly request that the Court continue the Early Neutral Evaluation ("ENE"), currently scheduled for October 2, 2026, at 10:00 am in person, before U.S. Magistrate Judge Daniel J. Albregts.

Good cause exists for this continuance. A scheduling conflict has arisen for Defendant's client representative that prevents participation in the ENE as currently scheduled. The parties therefore respectfully request that the Court continue the ENE to a mutually convenient date. Pursuant to the Order Scheduling Early Neutral Evaluation (ECF No. 25), the parties have met and conferred on alternative dates, and the parties are available for the ENE on the following dates: November 3, 4, 5, 6, and 10, 2026.

This request is made in good faith and not for the purpose of delay. This is the parties' first

request to continue the ENE.

Dated: September 10th, 2026

*/s/ Robert Lee Houston III*
ROBERT L. HOUSTON III
*Pro Se*

Dated: September 10, 2026

*/s/ Luke W. Molleck*
KARYN M. TAYLOR, ESQ.
Nevada Bar No. 6142
LUKE W. MOLLECK, ESQ.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
*NV ENERGY, INC.*

The Court **GRANTS** the parties' stipulation to continue the Early Neutral Evaluation (ECF No. 40) and **VACATES** the October 2, 2026, hearing. However, the Court is not available on the parties' proposed dates. The parties are therefore directed to provide five mutually agreeable dates on which they are available in the first half of December on or before **October 2, 2026.**

**IT IS SO ORDERED.**

DATED: September 11, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
775.348.4888